IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:17cr438-MHT
                              )            (WO)
JASON MOSLEY                  )
```

ORDER

It is ORDERED that defendant Jason Mosley's motion for an extension of time (Doc. 53) is granted as follows:

(1) The deadline for defendant Mosley to file with the court a plan to treat his extensive mental-health and substance abuse problems, *see* Order (Doc. 46), is extended to 5:00 p.m. on March 19, 2021.

(2) The amended revocation petition (Doc. 47), currently set for an in-person evidentiary hearing on March 12, 2021, is reset for March 26, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 9th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE