IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:17cr438-MHT
                            )            (WO)
JASON MOSLEY                )
```

### JUDGMENT

Defendant Jason Mosley having pled guilty to all the charges contained in the revocation petition (Doc. 47) on April 2, 2021, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Jason Mosley is guilty of charges 1, 2, 3, 4, 5, 6, and 7 in the revocation petition (Doc. 47).

(2) Sentencing is continued generally pending defendant Mosley's successful completion of dual-diagnosis inpatient treatment at the Fellowship House in Birmingham, Alabama.

(3) The conditions of supervised release for defendant Mosley are modified to add the following condition: Defendant Mosley is to complete successfully

in-patient treatment at the Fellowship House in Birmingham, Alabama. The U.S. Marshal is to release him from custody at 9:00 a.m. on April 6, 2021. Upon his release, defendant Mosley remains under all outstanding conditions of supervised release imposed by the court.

(4) A status conference is set for October 8, 2021, at 9:00 a.m., with government counsel, defense counsel, and the supervising probation officer, to discuss how defendant Mosley is doing in complying with the conditions of supervised release. The clerk of the court is to arrange for the conference to be conducted by telephone.

(5) Defense counsel and the United States Probation Office are to help facilitate defendant Mosley in seeing his son as soon as possible and as frequently as possible while defendant Mosley resides in Birmingham.

DONE, this the 2nd day of April, 2021.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**