AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JASON MOSLEY | |
| | Case No. 2:17cr438-01-MHT |
| | USM No. 17412-002 |
| | Stephen P. Ganter |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1-9 of the petition*   of the term of supervision.   *amended 5/10/21

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to participate in a mental health and substance abuse treatment program approved by the U.S. Probation Office. | 12/28/2020 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2087

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:
Andalusia, Alabama

03/22/2022
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

03/22/2022
Date

Judgment—Page 2 of 3

DEFENDANT:  JASON MOSLEY
CASE NUMBER:  2:17cr438-01-MHT

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to refrain from any unlawful use of a controlled substance. | 12/30/2020 |
| 3 | The defendant failed to refrain from any unlawful use of a controlled substance. | 01/27/2021 |
| 4 | The defendant failed to refrain from any unlawful use of a controlled substance. | 02/08/2021 |
| 5 | The defendant failed to report to the probation officer as instructed. | 02/18/2021 |
| 6 | The defendant failed to reside at a place approved by the probation officer or notify the probation officer at least 10 days before any change of where he lives or living arrangements. | 02/18/2021 |
| 7 | The defendant failed to report to the probation officer as instructed. | 02/23/2021 |
| 8 | The defendant failed to refrain from any unlawful use of a controlled substance. | 04/23/2021 |
| 9 | The defendant failed to successfully complete inpatient treatment at the Fellowship House in Birmingham, AL. | 05/06/2021 |

Judgment — Page  3  of  3

DEFENDANT:  JASON MOSLEY
CASE NUMBER:  2:17cr438-01-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

(TIME SERVED) 10 Mos. and 24 Days. The term of supervised release imposed on August 19, 2020 is revoked.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
- ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
- ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
- ☐   before 2 p.m. on _____ .
- ☐   as notified by the United States Marshal.
- ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL